UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JORGE BUENO,

                      Civil Action No. **2:23-cv-06838-NCM-AYS**

            *Plaintiffs*,

    -against-

                      **JUDGMENT**

MILANO BROTHERS CONSTRUCTION, INC., RICH
MILANO individually,

            *Defendants.*
-------------------------------------------------------------X

## **JUDGMENT**

On May 10, 2024 the Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED AND ADJUDGED as follows:

That the Plaintiff, JORGE BUENO, has a judgment against MILANO BROTHERS CONSTRUCTION, INC., RICH MILANO, , jointly and severally, in the amount of Seven Thousand and Five Hundred Dollars ($7,500.00), which is inclusive of attorneys' fees and costs.

Dated: Brooklyn, New York          BRENNA B. MAHONEY
        May 15, 2024                  CLERK OF COURT

                                        By: */s/Jalitza Poveda*
                                              Deputy Clerk